IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
**MAR - 7 2008**
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,
    Plaintiff,

                                          CIVIL ACTION NO. 1:99CV229

v.

MARK W. ALLEN,
    Defendant,

and

SNIDER'S CARPET ONE,
    Garnishee

## ORDER GRANTING APPLICATION OF THE UNITED STATES FOR WRIT OF CONTINUING GARNISHMENT

The Court has under consideration the Application of the United States for a Writ of Continuing Garnishment. The Application which has been filed pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205, requests the Court to direct the Clerk to issue the Writ to the SNIDER'S CARPET ONE, the employer of the defendant.

The Court finds that the Application complies with the provisions of 28 U.S.C. § 3205 and, therefore, should be granted. Accordingly, the Clerk of the Court is hereby ORDERED to issue a Writ of Continuing Garnishment to Snider's Carpet One as Garnishee for the purpose of garnishing the earnings of the defendant.

ENTERED this 7th day of March, 2008.

_Irene M. Keeley_
United States District Judge